UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 28, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
          Plaintiff, )
v. )
          )
BRANDON RESENDEZ, )
          Defendant. )

Case No. 2:08CR00376-EJG-5

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __BRANDON RESENDEZ__ , Case No. __2:08CR00376-EJG-5__ , Charge __18USC § 1341, 1014__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other) __Pretrial conditions as stated on the record__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __June 28, 2010__ at __2:00 pm__ .

                                          By  /s/ Gregory G. Hollows
                                               Gregory G. Hollows
                                               United States Magistrate Judge

Copy 5 - Court